UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORA ARMENTA, *individually and on behalf of others similarly situated*,<br><br>   Plaintiffs,<br><br>v.<br><br>STAFFWORKS, LLC<br><br>   Defendant. | Case No. 17-cv-00011-BAS-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 39]** |

Presently before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. (ECF No. 39.) Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action. The parties shall bear their own attorneys' fees and costs.

Although this case was filed as a putative class action, the Court did not certify a class. Therefore, this dismissal does not affect any putative class members' claims. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

**DATED: October 12, 2017**

Hon. Cynthia Bashant
United States District Judge